**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **INDICTMENT NO.** 2:26cr-055 |
| | ) | |
| **v.** | ) | **18 U.S.C. § 371** |
| | ) | **Conspiracy** |
| **RICHARD WILLIAM MYERS** | ) | |
| | ) | **18 U.S.C. § 912** |
| **AND** | ) | **Impersonating an Officer or** |
| | ) | **Employee of the United States** |
| **LAKOTAH SALVINI** | ) | |
| **A/K/A CODY SALVINI** | ) | |
| **A/K/A JAMES WASHINGTON** | ) | |
| **A/K/A SINISTER NOCTILION** | ) | |
| **A/K/A I.A. NOMAD** | ) | |

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**
*Conspiracy to Impersonate an Officer or Employee of the United States*
18 U.S.C. § 371

1. At all times material to this Indictment, Defendant **LAKOTAH "CODY" SALVINI**, also known as "James Washington," "Sinister Noctilion," and "I.A. Nomad," represented himself to others as an officer or employee acting under the authority of the United States Government, including the Central Intelligence Agency ("CIA").

2. **SALVINI** represented that an organization known as "Castle International" operated under the authority of, or on behalf of, the United States Government and the CIA.

3. Defendant **RICHARD WILLIAM MYERS** participated in Castle International and referred to **SALVINI**, whom he knew as "James Washington," as his director or superior.

4. Neither **SALVINI** nor **MYERS** was employed by or affiliated with the CIA.

**The Conspiracy**

5. Beginning at least as early as December 2025, and continuing through the return of the Indictment, in Camden County, within the Southern District of Georgia, and elsewhere, Defendants,

**RICHARD WILLIAM MYERS,**

**and**

**LAKOTAH SALVINI,**
**A/K/A CODY SALVINI,**
**A/K/A JAMES WASHINGTON,**
**A/K/A SINISTER NOCTILION,**
**A/K/A I.A. NOMAD,**

together with others known and unknown to the Grand Jury, did knowingly and willfully combine, conspire, confederate, and agree with one another to commit an offense against the United States, that is, to falsely assume and pretend to be officers and employees acting under the authority of the United States and departments and agencies thereof, including the Central Intelligence Agency, and to act as such, in violation of Title 18, United States Code, Sections 912 and 2.

**Manner and Means**

6. It was part of the conspiracy that **SALVINI** used the name "James Washington" and titles suggesting federal authority, including "Officer James Washington" and "Director of Special Projects," to portray himself as an officer or employee acting under the authority of the United States Government.

7. It was further part of the conspiracy that **SALVINI** represented that Castle International operated under the authority of, or in coordination with, the United States Government and the CIA.

8. It was further part of the conspiracy that **SALVINI** purported to serve as **MYERS**'s superior and directed **MYERS** to undertake assignments represented to be official governmental, intelligence, or law-enforcement activities.

9. It was further part of the conspiracy that **MYERS**, despite having been advised by federal law-enforcement officers that neither he nor **SALVINI** was affiliated with the CIA, continued to participate in Castle International and to carry out purported governmental assignments at **SALVINI**'s direction.

10. It was further part of the conspiracy that **SALVINI** and **MYERS** used government titles, insignia, forms, terminology, and other indicia of federal authority to lend legitimacy to their claimed governmental status and to Castle International.

11. It was further part of the conspiracy that **SALVINI** and **MYERS** recruited and attempted to recruit others to serve as purported employees, operatives, or informants of Castle International and the United States Government.

12. It was further part of the conspiracy that **SALVINI** and **MYERS** sought and obtained identifying information, documents, and other information from individuals by representing that such information was required in connection with purported governmental activities.

13. It was further part of the conspiracy that **MYERS**, acting at **SALVINI**'s direction, represented himself to law-enforcement personnel, government employees,

and others as acting on behalf of or under the authority of the United States Government or a federal intelligence or law-enforcement agency.

14. It was further part of the conspiracy that **SALVINI** and **MYERS** communicated by telephone, text message, Telegram, email, and other electronic means to issue and receive assignments, recruit others, exchange purported governmental documents and information, coordinate purported governmental activities, and report the completion of assigned tasks.

**Overt Acts**

15. In furtherance of the conspiracy and to accomplish its object, the conspirators committed the following overt acts, among others:

a. On or about December 22, 2025, at the Trident Refit Facility at Naval Submarine Base Kings Bay, Georgia, **MYERS** approached a security officer concerning a purported security compromise involving a "stingray" device and represented that he worked for an organization comparable to a federal law-enforcement agency.

b. During the interaction described in Overt Act (a), **MYERS** displayed a communication identifying his superior as "Director of Special Projects, Officer James Washington" and provided **SALVINI**'s telephone number.

c. On or about January 1, 2026, **MYERS** communicated with **SALVINI** concerning the recruitment of another individual into their purported agency, including having the individual complete agency paperwork,

execute a nondisclosure agreement (NDA), receive a briefing, and act as an informant.

d. On or about January 29, 2026, Individual 1 signed a Department of Homeland Security NDA, said NDA was signed by **SALVINI**, purporting to sign as a "James C. Washington" and listed **SALVINI**'s telephone number.

e. Between on or about March 20 and March 21, 2026, **MYERS** sought personal identifying information from an individual recruited to participate in Castle International, including the individual's name and Department of Defense identification number.

f. On or about March 28, 2026, **MYERS**, acting at **SALVINI**'s direction, met with a Jacksonville Sheriff's Office deputy and represented that he was a clandestine investigator associated with a federal "three letter agency" involved in "central intelligence."

g. During the incident described in Overt Act (f), **MYERS** told the deputy that **SALVINI**, whom he knew as "James Washington," had provided intelligence and directed **MYERS** to deliver the information to law enforcement.

h. After completing the assignment described in Overt Acts (f) and (g), **MYERS** communicated with **SALVINI** and reported, "Task complete."

All in violation of Title 18, United States Code, Section 371.

**COUNT TWO**
*Impersonation of an Officer or Employee of the United States*
18 U.S.C. §§ 912 & 2

1. The Grand Jury re-alleges and incorporates paragraphs 1 through 4 of this Indictment as though fully set forth herein.

2. At least as early as February 2024 to in or about March 2026, in Camden County, within the Southern District of Georgia, and elsewhere, the Defendants

**RICHARD WILLIAM MYERS,**

**and**

**LAKOTAH SALVINI,**
**A/K/A CODY SALVINI,**
**A/K/A JAMES WASHINGTON,**
**A/K/A SINISTER NOCTILION,**
**A/K/A I.A. NOMAD,**

falsely assumed and pretended to be an officer and employee acting under the authority of the United States and a department, agency, and officer thereof, and acted as such, and aided, abetted, counseled, induced, and procured the same.

All in violation of Title 18, United States Code, Sections 912 and 2.

*{Signatures on the following page}*

A True Bill.

Foreperson

Margaret E. Heap
United States Attorney

Patricia G. Rhodes
Assistant United States Attorney
Chief, Criminal Division